# Covenant Mortgage, LLC

August 7, 2007

To:  Robert P. Cocco, P.C. Esq.
     437 Chestnut Street
     Philadelphia, PA 19106


    Clerk's Office—Michael Kunz
    United States District Court
    Eastern District Of Pennsylvania
    United States Courthouse
    Independence Mall West
    601 Market Street
    Philadelphia, PA 19106

From: Ralph Kennedy—Broker
      Covenant Mortgage, LLC



Re: Katrina Buckery—Plaintiff No. 07-cv-2679

RESPONSE:
Ms. Buckery applied for a home mortgage to settle the many outstanding debts that she was delinquent on in addition to items that effected her title. Under no circumstance did this applicant apply for a home improvement loan. Ms. Buckery was fully aware throughout the loan process of the severity of her indebtedness. She was aware of the items that needed to be paid off once the file was underwritten by Indymac Bank in order to close her loan.
Upon closing the loan, Ms. Buckery was informed of her option to exercise her 3 day right of rescission. Ms Buckery elected to accept the loan and not exercise her right of rescission.
Re Ms. Buckery's allegation that she did not get a copy of her good faith estimate,
I cannot confirm or deny this allegation, however this is not our policy at Covenant Mortgage, LLC. It is clear however that the good faith estimate was reviewed with her and that she signed said document.

Ralph Kennedy

Broker—Covenant Mortgage, LLC

*1107 South 47th St. Philadelphia, PA 19143 - (215)726-9831 Phone / (215)726-9832 Fax*