IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATRINA BUCKERY,<br>Plaintiff,<br><br>v.<br><br>INDYMAC BANK, FSB, et al.,<br>Defendants. | CIVIL ACTION NO. 07-2679 |
|---|---|

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

In accordance with the provision of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil proceeding hereby waive their right to proceed before a Judge of the United States District Court, and consent to have a United States Magistrate Judge (if the judge decides to refer the case to a Magistrate Judge) conduct any and all further proceedings, including but not limited to, the trial of the case, and the entry of final judgment.

| Party Represented | Signature | Date |
|---|---|---|
| Katrina Buckery | [signature] | 9/6/07 |
| Indymac Bank, FSB | [signature] | 9/6/07 |
| Covenant Mortgage, LLC | [signature] | 9/5/07 |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to L. FELIPE RESTREPO, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), FED. R. CIV. P. 73, and the foregoing consent of the parties.

_____          _____
Date                                              Senior United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, the fully executed copy of the Consent to Proceed Before a United States Magistrate Judge was served by United States mail and by email on:

    (1) Mr. Ralph Kennedy
        Covenant Mortgage, LLC
        1107 South 47th Street
        Philadelphia, Pennsylvania 19143

    (2) Robert P. Cocco, Esquire
        Law Offices of Robert P. Cocco, PC
        437 Chestnut Street, Suite 1006
        Philadelphia, PA 19106

_/s/ Jacqueline B. Penrod_
Jacqueline B. Penrod