IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA BUCKERY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| INDYMAC BANK, FSB | : | NO. 07-2679 |

O R D E R

**AND NOW, TO WIT:** this 11th day of January, 2008, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

**MICHAEL E. KUNZ**, Clerk of Court

BY:/s/ Juanita M. Davis
Juanita M. Davis
Deputy Clerk

1/11/08 copy faxed to:
Robert P. Cocco, Esq.
Andrew J. Soven, Esq.